**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MICHAEL J. O'CONNELL, et al., | ) |
| Plaintiff(s), | ) |
| v. | ) No. 4:05CV00271 ERW |
| PAUL WATSON PLUMBING, INC., et al., | ) |
| Defendant(s). | ) |

### ORDER OF DEFAULT HEARING

This matter comes before the Court on Plaintiffs' Motion for Default Judgment [doc. #8]. Entry of Default was issued by James G. Woodward, Clerk of the Court, on May 20, 2005 [doc. #11].

**IT IS HEREBY ORDERED** that Plaintiffs' counsel and Paul Watson, Judith Watson, or a legal representative for Paul Watson Plumbing, Inc., shall appear before this Court for a Default Hearing on **June 24, 2005**, at **10:00 a.m.** This hearing will be held in Courtroom 12 South of the United States District Court in St. Louis, Missouri.

**IT IS FURTHER ORDERED** that a copy of this Order be sent by U.S. and Certified Mail to Paul Watson and Judith Watson at 3910 N. Locust Grove Church Road, Columbia, Missouri 65202.

So Ordered this  24th  day of  May  2005.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE